**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JOSH COLE AICKLEN
Nevada Bar No. 007254
Josh.Aicklen@lewisbrisbois.com
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789
Attorneys for Defendants
MALMGREN TRUCKING, INC. and
KYLE LAMONT BRAY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| ROBIN FATH, an individual; and JEREMY FATH, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MALMGREN TRUCKING, INC., a Foreign Corporation; KYLE LAMONT BRAY, individually; DOES 1-20 and ROE BUSINESS ENTITIES 1-20, inclusive,<br><br>Defendants. | Case No. 2:26-cv-02430-APG-BNW<br><br>**GLOBAL STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

**GLOBAL STIPULATION AND ORDER DISMISSING PLAINTIFFS ROBIN FATH AND JEREMY FATH'S COMPLAINT IN ITS ENTIRETY AGAINST DEFENDANTS WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiffs ROBIN FATH and JEREMY FATH ("Plaintiffs") and Defendants MALMGREN TRUCKING, INC., and KYLE LAMONT BRAY ("Defendants"), through their respective counsel of record, that Plaintiffs' Complaint and any amendments in the above-entitled action against Defendants is hereby dismissed



LEWIS BRISBOIS BISGAARD & SMITH LLP ATTORNEYS AT LAW

in its entirety with prejudice, with each party to bear their own attorneys' fees and costs.

DATED this 14th day of October, 2026.

RICHARD HARRIS LAW FIRM

/s/ *Charlie Jackson*

CHARLES S. JACKSON, ESQ.
Nevada Bar No. 13158
801 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 444-4444
Facsimile: (702) 444-4455
Email: charlie@richardharrislaw.com
Attorneys for Plaintiffs
ROBIN FATH and JEREMY FATH

DATED this 14th day of October, 2026.

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ *Cory J. Jeffers*

JOSH COLE AICKLEN
Nevada Bar No. 007254
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Tel. 702.893.3383
Attorneys for Defendants
MALMGREN TRUCKING, INC. and
KYLE LAMONT BRAY

IT IS SO ORDERED

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

DATED: October 19, 2026

LEWIS BRISBOIS BISGAARD & SMITH LLP ATTORNEYS AT LAW